IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMIE BROOKS                                                     PLAINTIFF

v.                      CASE NO. 3:17-CV-00090 BSM

STEVE ROREX                                                    DEFENDANT

## ORDER

Plaintiff Jeremie Brooks submitted a complaint [Doc. No. 1] alleging that "Steve Rorex et al" are responsible for denying his request to see a mental health professional while incarcerated. These are the same allegations he made in *Brooks v. Cox, et al.*, Case No. 3:17-CV-00055 DPM (E.D. Ark.). In *Cox*, Brooks was directed to file an amended complaint to clarify his allegations. It appears his complaint [Doc. No. 1] was intended as an amended complaint in *Cox* rather than a complaint to create a new lawsuit. Indeed, Brooks has not submitted a new filing fee or a motion to proceed *in forma pauperis* to establish a new case.

Therefore, the clerk's office is directed to close *Brooks v. Rorex*, Case No. 3:17-CV-00090 BSM, as the case was created in error. The complaint [Doc. No. 1] should be filed as a new filing in *Brooks v. Cox, et al.*, Case No. 3:17-CV-00055 DPM.

IT IS SO ORDERED this 27th day of April 2017.

                                                                 UNITED STATES DISTRICT JUDGE